Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 25 PM 4:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMT DEPUTY

TED L. KARSH

Plaintiff

vs

UNUM LIFE INSURANCE COMPANY OF AMERICA, UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA

Defendant

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1142 LAB NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Craig A. Miller, Esq.
Levine, Steinberg, Miller & Huver
550 West C Street, Suite 1810
San Diego, CA 92101
Telephone: (619) 231-9449

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 25 2008
DATE

K. HAMMERLY
SEAL

By , Deputy Clerk