Martin E. Rosen (108998),
mrosen@barwol.com
Jason C. Love (228881),
jlove@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED L. KARSH,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO.: 08CV1142 LAB NLS<br><br>JOINT MOTION AND STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT AND [PROPOSED] ORDER THEREON<br><br>[Local Rules 7.2 and 12.1]<br><br>Complaint Filed: June 25, 2008 |



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES CA 90071
(213) 680-2800

# STIPULATION

WHEREAS, Plaintiff Ted L. Karsh ("Plaintiff") filed his Complaint in the above-entitled Court on June 25, 2008;

WHEREAS, on July 2, 2008, Defendants Unum Life Insurance Company of America ("Unum Life") was served with the Complaint in this action;

WHEREAS, Unum Life's response to the Complaint is currently due on July 22, 2008;

WHEREAS, on July 14, Plaintiff granted Unum Life's request for a 14-day extension to file and serve its response to the Complaint, subject to Court approval;

WHEREAS, Unum Life contends good cause exists for the requested the 14-day extension of time in which to file a response because its counsel needs additional time to review the files relating to this matter, to evaluate Plaintiff's claims and allegations and to prepare a meaningful response to the Complaint.

NOW THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, that UNUM LIFE shall have a 14-day extension of time in which to respond to the Complaint — *i.e.*, up to and including August 5, 2008.



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

IT IS SO STIPULATED.

Dated: July 11, 2008

LEVINE, STEINBERG, MILLER & HUVER

By: ______________________
CRAIG A. MILLER
Attorneys for Plaintiff
Ted L. Karsh

Dated: July 15, 2008

BARGER & WOLEN LLP

By: ______________________
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Defendant Unum Life Insurance Company of America