CRAIG A. MILLER, ESQ.(SBN 116030)
LEVINE, STEINBERG, MILLER & HUVER
550 WEST "C" STREET, SUITE 1810
SAN DIEGO CA 92101
619-231-9449
Attorney for : TED L. KARSH

Ref. No. : 1106600-01
Atty. File No.: 841

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : TED L. KARSH
DEFENDANT : UNUM LIFE INSURANCE COMPANY, et al.

Case No.: 08 CV 1142 LAB NLS
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR TORTIOUS BREACH OF INSURANCE CONTRACT

3. a. Party served : UNUM LIFE INSURANCE COMPANY OF AMERICA
AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
b. Person served : MARGARET WILSON, PROCESS SPECIALIST
(AUTHORIZED AGENT FOR CT CORPORATION)

4. Address where the party was served 818 WEST 7TH STREET 2ND FL.
LOS ANGELES, CA 90017 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 2, 2008 (2) at: 08:20 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: UNUM LIFE INSURANCE COMPANY OF AMERICA
AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
a. JESSICA VALENCIA
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700
d. Fee for service: $85.50
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 16, 2008

Signature: Jessica Valencia
JESSICA VALENCIA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**