Martin E. Rosen (108998),
mrosen@barwol.com
Jason C. Love (228881),
jlove@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Unum Life Insurance Company of America,
formerly known as UnionMutual Stock Life
Insurance Company of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED L. KARSH,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO.: 08CV1142 LAB NLS<br><br>DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT<br><br>[Pursuant to FRCP 7.1]<br><br>Complaint Filed: June 25, 2008 |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendant Unum Life Insurance Company of America, formerly known as UnionMutual Stock Life Insurance Company of America, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Unum Life Insurance Company of America, a Maine corporation with its principal place of business in Portland, Maine, is a wholly owned subsidiary of Unum Group, f/k/a/ UnumProvident Corporation, a Delaware corporation with its principal place of business in Chattanooga, Tennessee. No publicly traded corporation owns 10% or more of Unum Group's stock.

Dated: August 1, 2008

BARGER & WOLEN LLP

By: ______________________
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Defendants Unum Life Insurance Company of America, formerly known as UnionMutual Stock Life Insurance Company of America

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800