Martin E. Rosen (108998),
mrosen@barwol.com
Jason C. Love (228881),
jlove@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Unum Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED L. KARSH,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNIONMUTUAL STOCK LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO.: 08CV1142 LAB NLS<br><br>JOINT MOTION AND STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Complaint Filed: June 25, 2008 |

STIPULATION

WHEREAS, on April 3, 2008, a mandatory settlement conference was ordered for September 17, 2008 in the matter of *Farhad Mahjouri v. Provident Life and Accident Insurance Company*, Case No. CGC-07-461992 pending in the California Superior Court for the County of San Francisco.[1] This mandatory settlement conference requires the personal appearance of the individual at defendant Unum Life Insurance Company of America ("Unum Life") with full and complete authority to enter into a binding settlement in this matter.

WHEREAS, on August 5, 2008, the Court ordered an Early Neutral Evaluation Conference on September 17, 2008 before Magistrate Judge Nita L. Stormes;

WHEREAS, on August 7, 2008, plaintiff Ted L. Karsh agreed to Unum Life's request for a continuance of the Early Neutral Evaluation Conference, subject to Court approval;

WHEREAS, Unum Life contends good cause exists for the requested continuance of the Early Neutral Evaluation Conference because the individual at Unum Life with full and complete authority to enter into a binding settlement in this matter was previously ordered to personally appear on the same day for a mandatory settlement conference in the *Mahjouri* matter as set forth above.

[1] A true and correct copy of the order is attached hereto as Exhibit 1.



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES CA 90071
(213) 680-2800

WHEREAS, the parties are both available on the following dates: October 2, 2008; October 3, 2008; October 14, 2008; October 28, 2008; October 29, 2008; and October 30, 2008

NOW THEREFORE, SUBJECT TO COURT APPROVAL, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR UNDERSIGNED ATTORNEYS OF RECORD, that the Early Neutral Evaluation Conference shall be continued from September 17, 2008 to a date mutually convenient to the Court and the parties.

IT IS SO STIPULATED.

Dated: August 22 2008

LEVINE, STEINBERG, MILLER & HUVER

By: ______________________
CRAIG A. MILLER
Attorneys for Plaintiff
Ted L. Karsh

Dated: August 25, 2008

BARGER & WOLEN LLP

By: s/ Jason C. Love
MARTIN E. ROSEN
JASON C. LOVE
Attorneys for Defendant Unum Life Insurance Company of America



BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800